# **Exhibit B**

2/26/09  2:08PM

B6D (Official Form 6D) (12/07)

In re     **Heritage Highgate, Inc.**                                                                    Case No.____**09-11198**____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. Gerald J. Bowes, Sr. 1166 King of Prussia Road Wayne, PA 19087-2839 | | - | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| | | | | Value $          18,000,000.00 | | | | 107,799.99 | 0.00 |
| Account No. John T. Rogers 214 West Fourth Street Emporium, PA 15835 | | - | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| | | | | Value $          18,000,000.00 | | | | 24,500.01 | 0.00 |
| Account No. Lehigh County Authority 1053 Spruce Street P.O. Box 3348 Allentown, PA 18106-0348 | | - | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| | | | | Value $          18,000,000.00 | | | | 4,321.44 | 0.00 |
| Account No. Lynn C. Summers Rev. Life Ins. Trust c/o Wayne Koble, PNC Bank 901 State Street Erie, PA 16501 | | - | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| | | | | Value $          18,000,000.00 | | | | 117,600.00 | 0.00 |
| __4__    continuation sheets attached | | | | Subtotal (Total of this page) | | | | 254,221.44 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

2/26/09 2:08PM

B6D (Official Form 6D) (12/07) - Cont.

In re __Heritage Highgate, Inc._____,    Case No. ___09-11198_____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| Marital Trust U/W/O George Mee c/o Dwight Ball-Hinman, Howard & Kattell 700 Security Mutual Building 80 Exchange St., P.O. Box 5250 Binghamton, NY 13901-5250 | | - | Value $          18,000,000.00 | | | | 215,600.03 | 0.00 |
| Account No. | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| Pensco Trust Company Custodian F/B/O Thomas L. Parks, Sr. P.O. Box 26903 San Francisco, CA 94126-6903 | | - | Value $          18,000,000.00 | | | | 147,000.00 | 0.00 |
| Account No. | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| Pensco Trust Company Custodian F/B/O Charles J. Scagliotti P.O. Box 26903 San Francisco, CA 94126-6903 | | - | Value $          18,000,000.00 | | | | 107,799.99 | 0.00 |
| Account No. | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| Pensco Trust Company Custodian F/B/O Robert Preston III P.O. Box 26903 San Francisco, CA 94126-6903 | | - | Value $          18,000,000.00 | | | | 73,500.00 | 0.00 |
| Account No. | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| Pensco Trust Company Custodian F/B/O John R. Yaissle 450 Sansome Street, 14th Floor San Francisco, CA 94111 | | - | Value $          18,000,000.00 | | | | 107,799.99 | 0.00 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          651,700.01          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

2/26/09 2:08PM

B6D (Official Form 6D) (12/07) - Cont.

In re    **Heritage Highgate, Inc.**                                                                      Case No. ___**09-11198**___
                                                                    ,
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>Pensco Trust Company Custodian F/B/O Frank R. Cortese, Jr. P.O. Box 26903 San Francisco, CA 94126-6903 | | - | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)<br><br>Value $        18,000,000.00 | | | | 68,600.01 | 0.00 |
| Account No.<br><br>Pensco Trust Company Custodian F/B/O Dr. Gary A. Cortese P.O. Box 26903 San Francisco, CA 94126-6903 | | - | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)<br><br>Value $        18,000,000.00 | | | | 127,400.01 | 0.00 |
| Account No.<br><br>Robert Preston, III c/o Cornerstone Advisors 74 West Broad Street Bethlehem, PA 18018 | | - | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)<br><br>Value $        18,000,000.00 | | | | 73,500.00 | 0.00 |
| Account No.<br><br>Tax Collector - Barry L. Moyer 8330 Schantz Road Breinigsville, PA 18031 | | - | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)<br><br>Value $        18,000,000.00 | | | | 52,429.22 | 0.00 |
| Account No.<br><br>Tax Collector - Lehigh County Fiscal Office - Room 119 17 South Seventh Street Allentown, PA 18101-2400 | | - | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)<br><br>Value $        18,000,000.00 | | | | 14,151.48 | 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        **336,080.72**        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

2/26/09 2:08PM

B6D (Official Form 6D) (12/07) - Cont.

In re     **Heritage Highgate, Inc.**                                    Case No.____**09-11198**_____
                                                               ,
                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No.<br><br>**Tax Collector - Upper Macungle**<br>**970 E. Main Street**<br>**Macungle, PA 18062** | | - | | | **266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)**<br><br>Value $         18,000,000.00 | | | | 52,429.22 | 0.00 |
| Account No.<br><br>**The Pollock Investment, L.P.**<br>**Pollock Family L.P.**<br>**360 Huntsville-Idetown Road**<br>**Dallas, PA 18612** | | - | | | **266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)**<br><br>Value $         18,000,000.00 | | | | 112,700.01 | 0.00 |
| Account No.<br><br>**Upper Macungle Township**<br>**8330 Schantz Road**<br>**Breinigsville, PA 18031** | | - | | | Value $                 0.00 | | | | 29,332.25 | 29,332.25 |
| Account No.<br><br>**Upper Macungle Township Authority**<br>**8330 Schantz Road**<br>**Breinigsville, PA 18031** | | - | | | Value $                 0.00 | | | | 429.00 | 429.00 |
| Account No.<br><br>**Wachovia Bank**<br>**c/o Matthew Tashman, Esquire**<br>**Reed Smith, LLP**<br>**2500 One Liberty Place, 1650 Market St.**<br>**Philadelphia, PA 19103** | X | - | | | **266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.)**<br><br>Value $         18,000,000.00 | | | | 14,558,916.51 | 0.00 |

Sheet _3_ of _4_  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    14,753,806.99    29,761.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

2/26/09 2.08PM

B6D (Official Form 6D) (12/07) - Cont.

In re      **Heritage Highgate, Inc.**                                                    Case No.____**09-11198**_____
                                                                                                           ,
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| **Wickes Lumber Company** **82 Garden Spot Road** **Ephrata, PA 17522** | - | | | | | | X | | |
| | | | | Value $           18,000,000.00 | | | | 367,854.80 | 0.00 |
| **Account No.** | | | | 266 single family and townhouse lots (Market Value is the combined value with Heritage Twin Ponds, L.P.) | | | | | |
| **Yee III Trust** **7445 Driftwood Road** **Northampton, PA 18067** | - | | | | | | | | |
| | | | | Value $           18,000,000.00 | | | | 186,200.01 | 0.00 |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 554,054.81 | 0.00 |
| Total (Report on Summary of Schedules) | 16,549,863.97 | 29,761.25 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Heritage-Twin Ponds, II, L.P.**                                                                Case No.    **09-11197**
                                                          Debtor                                    ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots | | | | | |
| Carles J. Scagliotti Pensco Trust Company Custodian P.O. Box 26903 San Francisco, CA 94126-6903 | | - | (Market Value is the combined value with Heritage Highgate, Inc.) | | | | | |
| | | | Value $                18,000,000.00 | | | | 107,799.99 | 0.00 |
| Account No. | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots | | | | | |
| Dr. Gary A. Cortese Pensco trust Company Custodian P.O. Box 26903 San Francisco, CA 94126-6903 | | - | (Market Value is the combined value with Heritage Highgate, Inc.) | | | | | |
| | | | Value $                18,000,000.00 | | | | 127,400.01 | 0.00 |
| Account No. | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots | | | | | |
| Frank R. Cortese Pensco Trust Company Custodian P.O. Box 26903 San Francisco, CA 94126-6903 | | - | (Market Value is the combined value with Heritage Highgate, Inc.) | | | | | |
| | | | Value $                18,000,000.00 | | | | 68,600.01 | 0.00 |
| Account No. | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots | | | | | |
| Gerald J. Bowes, Sr. 1166 King of Prussia Road Wayne, PA 19087-2839 | | - | (Market Value is the combined value with Heritage Highgate, Inc.) | | | | | |
| | | | Value $                18,000,000.00 | | | | 107,799.99 | 0.00 |
| **3**  continuation sheets attached | | | Subtotal (Total of this page) | | | | 411,600.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Heritage-Twin Ponds, II, L.P._____,  Case No. ___09-11197_____
                                  Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> John R. Yaissle <br> c/o Cornerstone Advisors <br> 74 W. Broad Street, Suite 340 <br> Bethlehem, PA 18018 | | - | 44 full single family lots <br> 5 partial townhome lots <br> 3 partial single family lots <br><br> (Market Value is the combined value with Heritage Highgate, Inc.) <br><br> Value $    18,000,000.00 | | | | 107,799.99 | 0.00 |
| Account No. <br><br> John T. Rogers <br> 214 West Fourth Street <br> Emporium, PA 15835 | | - | 44 full single family lots <br> 5 partial townhome lots <br> 3 partial single family lots <br><br> (Market Value is the combined value with Heritage Highgate, Inc.) <br><br> Value $    18,000,000.00 | | | | 24,500.01 | 0.00 |
| Account No. <br><br> Lynn Martial Trust Summers <br> c/o Cornerstone Advisors <br> 74 W. Broad Street, Suite 340 <br> Bethlehem, PA 18018 | | - | 44 full single family lots <br> 5 partial townhome lots <br> 3 partial single family lots <br><br> (Market Value is the combined value with Heritage Highgate, Inc.) <br><br> Value $    18,000,000.00 | | | | 117,600.00 | 0.00 |
| Account No. <br><br> Mee, George Marital Trust <br> c/o Dwight Ball-Hinman, Howard & Kattell <br> 700 Security Mutual Building <br> 80 Exchange Street, P.O. Box 5250 | | - | 44 full single family lots <br> 5 partial townhome lots <br> 3 partial single family lots <br><br> (Market Value is the combined value with Heritage Highgate, Inc.) <br><br> Value $    18,000,000.00 | | | | 215,600.03 | 0.00 |
| Account No. <br><br> Pollock Investment, L.P. <br> c/o Cornerstone Advisors <br> 74 W. Broad Street, Suite 340 <br> Bethlehem, PA 18018 | | - | 44 full single family lots <br> 5 partial townhome lots <br> 3 partial single family lots <br><br> (Market Value is the combined value with Heritage Highgate, Inc.) <br><br> Value $    18,000,000.00 | | | | 112,700.01 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    578,200.04    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Heritage-Twin Ponds, II, L.P.**                                    Case No. _____**09-11197**_____
                                                                    ,
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.  Robert Presto, III - Personal c/o Cornerstone Advisors 74 West Broad Street, Suite 340 Bethlehem, PA 18018 | - | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots  (Market Value is the combined value with Heritage Highgate, Inc.)  Value $          18,000,000.00 | | | | 73,500.00 | 0.00 |
| Account No.  Robert Preston, III Pensco Trust Company Custodian P.O. Box 26903 San Francisco, CA 94126-6903 | - | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots  (Market Value is the combined value with Heritage Highgate, Inc.)  Value $          18,000,000.00 | | | | 73,500.00 | 0.00 |
| Account No.  Tax Collector - lehigh County Fiscal Office - Room 119 17 South Seventh Street Allentown, PA 18101-2400 | - | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots  (Market Value is the combined value with Heritage Highgate, Inc.)  Value $          18,000,000.00 | | | | 813.34 | 0.00 |
| Account No.  Tax Collector - Upper Macungie 970 E. Main Street Macungie, PA 18062 | - | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots  (Market Value is the combined value with Heritage Highgate, Inc.)  Value $          18,000,000.00 | | | | 3,034.33 | 0.00 |
| Account No.  Thomas L. Parks, Sr. Pensco Trust Comapny Custodian P.O. Box 26903 San Francisco, CA 94126-6903 | - | | | 44 full single family lots 5 partial townhome lots 3 partial single family lots  (Market Value is the combined value with Heritage Highgate, Inc.)  Value $          18,000,000.00 | | | | 147,000.00 | 0.00 |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                 297,847.67          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Heritage-Twin Ponds, II, L.P.**                                    Case No.   **09-11197**
                                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wachovia Bank c/o Matthew Tashman, Esquire Reed Smith, LLP** | | - | **Mortgage**<br>**44 full single family lots**<br>**5 partial townhome lots**<br>**3 partial single family lots**<br>**(Market Value is the combined value with Heritage Highgate, Inc.)**<br>Value $ 18,000,000.00 | | | | 14,608,000.00 | 0.00 |
| Account No.<br><br>**Wickes Lumber Company 82 Garden Spot Road Ephrata, PA 17522** | | - | **44 full single family lots**<br>**5 partial townhome lots**<br>**3 partial single family lots**<br>**(Market Value is the combined value with Heritage Highgate, Inc.)**<br>Value $ 18,000,000.00 | | | X | 367,854.80 | 0.00 |
| Account No.<br><br>**Yee III Trust 7445 Driftwood Road Northampton, PA 18067** | | - | **44 full single family lots**<br>**5 partial townhome lots**<br>**3 partial single family lots**<br>**(Market Value is the combined value with Heritage Highgate, Inc.)**<br>Value $ 18,000,000.00 | | | | 186,200.01 | 0.00 |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 15,162,054.81 | 0.00 |
| Total (Report on Summary of Schedules) | 16,449,702.52 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy