**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 348-4515
(609) 348-6934 (fax)
Michael J. Viscount, Jr., Esquire
mviscount@foxrothschild.com

2000 Market Street, Tenth Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000
(215) 299-2150 (fax)
Joshua T. Klein, Esquire
jklein@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HERITAGE HIGHGATE, INC., et al.,[1] | : | Case No. 09-11198 (GMB) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**ORDER GRANTING THE
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO DETERMINE THE VALUE OF THE SECURED CLAIMS OF THE
CORNERSTONE INVESTORS PURSUANT TO 11 U.S.C. § 506(a) AND
<u>RULE 3012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

The relief set forth on the following page(s) numbered 2 is hereby **ORDERED.**

---

[1] The Debtors are the following: Heritage Highgate, Inc. (EIN: 20-3450062) and Heritage-Twin Ponds II, L.P. (EIN: 20-3897626) (Case No. 09-11197), 773 Yorkshire Drive, Breinigsville, PA 18031 (Joint Administration Pending)

ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DETERMINE THE VALUE OF THE SECURED CLAIMS OF THE CORNERSTONE INVESTORS PURSUANT TO 11 U.S.C. § 506(a) AND RULE 3012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter came before the Court on the Motion (the "Motion") of Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy proceedings of Heritage Highgate, Inc. and Heritage-Twin Ponds II, L.P. (collectively, the "Debtors"), requesting a determination of the value of the claims of the Cornerstone Investors[2] asserted as being secured by a lien on property of the Debtors pursuant to 11 U.S.C. § 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure; all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that adequate notice of the Motion has been given; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel appearing regarding the relief requested in the Motion at a hearing before the Court; and the Court having determined that the legal and factual bases set forth in the Motion and at any Hearing establish just cause for the relief granted herein:

It is hereby ORDERED that:

1. The Motion is hereby GRANTED in its entirety.

2. The value of the secured portion of the Cornerstone Investor Claims is $0.00, and, as a result, the Cornerstone Investor Claims are hereby determined to be wholly unsecured claims under the Bankruptcy Code.

3. The Cornerstone Investor Claims shall be treated as wholly unsecured claims for any and all purposes in the Debtors' cases, including, but not limited to, for all purposes under the Plan.

---

[2] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.