| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) CIARDI CIARDI & ASTIN<br>Albert A. Ciardi, III, Esquire<br>Nicole M. Nigrelli, Esquire<br>One Commerce Square, Suite 1930<br>2005 Market Street<br>Philadelphia, PA 19103<br>(215) 557-3550<br>(215) 557-3551 fax<br>aciardi@ciardilaw.com<br>nnigrelli@ciardilaw.com | |
| In Re:<br><br>HERITAGE HIGHGATE, INC, et al.,<br><br>Debtors. | CASE NO. 09-11198 (GMB)<br>Jointly Administered with<br>Case No.: 09-11197<br><br>JUDGE: GLORIA M. BURNS |

## CERTIFICATE OF SERVICE

I, Albert A. Ciardi, Esquire hereby certify that I caused on this 14th day of September 2009, a true and correct copy of the Notice of Motion and Motion of Debtors and Debtors-In-Possession to Determine the Value of the Secured Claims of ProBuild East, LLC Pursuant to 11 U.S.C. §506(a) and rule 3012 of the Federal Rules of Bankruptcy Procedure was served upon the parties listed on the attached service list via first class mail, postage prepaid.

CIARDI CIARDI & ASTIN

Dated: September 14, 2009

By: _/s/ Albert A. Ciardi_
Albert A. Ciardi, III, Esquire
Jennifer E. Cranston, Esquire
One Commerce Square, 1930
2005 Market Street
Philadelphia, PA 19103
Phone: 215-557-3550
Fax: 215-557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

Jeffrey Sponder, Esquire
Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
*(Office of the US Trustee)*

Richard S. Perelman, Esquire
Ballard Spahr Andrews & Ingersoll
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
*(Counsel for PNC Bank)*

Michael J. Viscount, Esquire
Fox Rothschild, LLP
Midtown Building, Suite 400
1301 Atlantic Street
Atlantic City, NJ 08401-7212
*(Counsel to the Committee)*

Nella M. Bloom, Esquire
Cohen, Seglias, Pallas et al
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
*(Counsel for Bradco Supply Co.)*

Anthony Cepullio, CPA
Lezzer Holding, Inc.
332 Schofield Street
Curwensville, Pa 19545

Keith Burke
Sunrise Concrete Co., Inc.
PO Box 435
Rushland, PA 18956

David Ryder
100 Brickyard Lane
PO Box 353
New Belinsville, Pa 19545

Michael Tashman, Esquire
Jennifer P. Knox, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
*(Counsel to Wachovia Bank, N.A.)*

Larry Miller, Esquire
1423 State Road
Duncannon, PA 17020
*(Counsel for Pro Build East LLC d/b/a Strober Building Supply)*

Heritage Highgate, Inc.
Attn: Tony Maras, Esquire
2500 York Road
Jamison, PA 18929

Robert A. Badman
Curtin & Heefner LLP
123 Franklin Corner Road, Suite 203
Lawrenceville, NJ 08648
*(Counsel for Sovereign Bank)*

Daniel Baker, Esquire
Dash Baker Farrow
400 North Church Street, Ste. 260
Moorestown, NJ 08057

David W. Ross, Esquire
Babst Calland Clements Zomnir, PC
Two Gateway Center
Pittsburgh, PA 15222

Gilbert J. Golding, Esquire
1980 S. Easton Road, Ste. 220
Doylestown, Pa 18901
*(Counsel to Sovereign Bank)*

Steven D Usdin, Esquire
Cohen, Seglias, Pallas, Greenhall & Furm
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA 19103
*(Counsel for Bradco Supply Co.)*

Douglas J. Smillie, Esquire
Fitzpatrick, Lentz & Bubba
4001 Schoolhouse Lane
PO Box 219
Center Valley, PA 18034-0219
*(Counsel for John R Yaissle)*

Mariah E. Murphy, Esquire
Ballard Spahr Andrews & Ingersoll
Plaza 1000-Suite 500
Main Street
Voorhees, NJ 08043-4636
*(Counsel for PNC Bank)*

Robert L. Edwards
Guiliano Miller & Company LLC
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091

Brian Donohoe
614 Nolan Avenue
Morrisville, PA 19067